IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RANDY MCCOLLUM,<br>RONNIE MCCOLLUM, and<br>APRIL HARAUGHTY,<br><br>        **Plaintiffs**,<br><br>        v.<br><br>TODD HARRISON,<br>JILL DILLIE,<br>KENNETH DILLIE,<br>FRANK MCCOLLUM,<br>DONNIE MCCOLLUM, and<br>CHARLES SPILLMAN,<br><br>        **Defendants.** | Case No. 22-2286-JAR-GEB |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Gwynne E. Birzer, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts as its own the recommended decision to deny Plaintiffs' Motions to Proceed in forma pauperis, and to dismiss this case under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted (Doc. 7).[1]

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiffs' Motions to Proceed in forma pauperis (Docs. 2, 6) are **denied** in accordance with the August 17, 2022, Report and Recommendation (Doc. 7). This case is hereby **dismissed**.

**IT IS SO ORDERED.**

---

[1] The Report and Recommendation was delivered by certified mail to Plaintiffs Ronnie McCollum and April Haraughty on August 20, 2022; a copy was delivered by certified mail to Plaintiff Randy McCollum on August 24, 2022. Docs. 8, 9, 10.

Dated: September 13, 2022

                                                S/ Julie A. Robinson  
                                                JULIE A. ROBINSON  
                                                CHIEF UNITED STATES DISTRICT JUDGE